IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOSCH SOFTWARE INNOVATIONS CORP. (FORMERLY INNOVATIONS SOFTWARE TECHNOLOGY CORP.),<br><br>        Plaintiff,<br><br>v.<br><br>TROY R. FOSTER,<br><br>        Defendant. | Civil Action No. 15-cv-03778<br><br>**INJUNCTIVE RELIEF REQUESTED** |

## PLAINTIFF BOSCH SOFTWARE INNOVATIONS CORP.'S RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Plaintiff, Bosch Software Innovations Corp. (formerly, Innovations Software Technology Corp.), by and through its undersigned counsel, state for its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 as follows:

Bosch Software Innovations Corp. is an Illinois corporation, and is wholly owned by Robert Bosch North America. Neither company has any publicly traded affiliates.

Respectfully submitted this 29th day of April, 2015.

/s/Michael S. Booher____
Michael S. Booher, Attorney ID # 6257872
BOOHER LAW FIRM, P.C.
22 W. Washington St., Suite 1500
Chicago, IL  60602
Telephone: (312) 450-7476
Facsimile: (312) 268-5032
msb@booherlawfirm.com

**STUART & JOHNSTON, LLC**
Andrew H. Stuart, Attorney ID # 6278550
Matthew A. Hood, Attorney ID # 970801
Christina L. Schenck, Attorney ID # 219652
3343 Peachtree Rd. NE, Suite 530
Atlanta, GA 30326
Telephone: (404) 662-2616
Facsimile: (404) 935-6194
astuart@stuartandjohnston.com
mhood@stuartandjohnston.com
cdill@stuartandjohnston.com

***Attorneys for Plaintiff Bosch Software Innovations Corp. (formerly, Innovations Software Technology Corp.)***